REC'D IN PRO SE OFFICE
APR 4 '24 PM3:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*George Volant*

*Imani Rochester*

_____

**Plaintiff,**

[Insert full name of plaintiff/prisoner]

-against-

*News 12 Long Island*

_____

_____

_____

_____

_____

**Defendant(s).**

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

FILED
CLERK

4/5/2024 11:49 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO _____

CV 24 2579

NSC/ST

**I.    Parties:** (In item A below, place your name in the first blank and provide your present
address and telephone number. Do the same for additional plaintiffs, if any.)

**A.    Name of plaintiff** *George Volant, Imani Rochester*

If you are incarcerated, provide the name of the facility and address:

*Nassau County Correctional Facility*

*100 Carmen AVE East Meadow, NY 11554*

_____

**Prisoner ID Number:** *2023067048*

1

RECEIVED

APR 05 2024

EDNY PRO SE OFFICE

If you are not incarcerated, provide your current address:

6 Hawch Blvd Roosevelt NY

Telephone Number: (516) 366-2464

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

News 12 Long Island
Full Name

News Report, Media
Job Title

1 Media CrossWay Woodbury
New York 11797
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

_____
Address

Defendant No. 4        _____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 5        _____
Full Name

_____
Job Title

_____

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _At Volley Stream_
_New York 11787._

When did the events happen? (include approximate time and date) _the Incident_
_occured on the 13 of august 2023 around 1:50 Pm_

3

Facts: (what happened?) While reporting on an incident
involving me and my girlfriend that had occur
Hours before, the news reporter, on multiple occasions
during the live broadcasting, news implied that me
and another guy (in reference to my maternal born
woman) girlfriend. (While showing our mugshots) has been
arrested. Soon after rumors sparks around the
Community saying that I was dating a man or
a transwoman as some said. People started saying
Homosexual quotes about me and my girlfriend
days later my cousin almost got into a physical
altercation with someone because they were implying
that I was dating a man and I was gay.
My girlfriend since is being bullied by people on the
internet and In person she lost most of her clients
as a professional hairstylist. As for my career
as a professional DJ is over due those statements.

**II.A.    Injuries.**    If you are claiming injuries as a result of the events you are complaining
about, describe your injuries and state what medical treatment you required. Was medical
treatment received?

4

_____

_____

_____

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

_We seeking 2.8 millions in relief._

_____

_____

_____

_____

I declare under penalty of perjury that on _03/28/2024_, I delivered this
                                            (date)
complaint to prison authorities at _Nassau County Correctional_ to be mailed to the United
                                   (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _03/28/2024_                     _____
                                        Signature of Plaintiff

                                        _Nassau County Correctional Facility_
                                        Name of Prison Facility or Address if not incarcerated

                                        _100 Carmen Ave East Meadow_
                                        _NY 11554_
                                        Address

                                        _2023002048_
                                        Prisoner ID#

rev. 12/1/2015

5

To: the clerk of the Court

Due to limited access of resources at the Nassau County facility. I the plaintiff Culd'nt forward three sets of copies to the Court, so respectfully I'm asking, the clerk of the Court to make extra copies (if necessry) to any other parties involve. thank you for your understanding.

Respectfully

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 04 2024 ★

BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
APR 4 '24 PM 3:07



CLERK of the COURT
225 CADMAN PLAZA EAST
Brooklyn, NY 11201

NAME Ismael Valerot
C.C.# 2023000704S
LOCATION
100 CARMAN AVENUE
EAST MEADOW, NY 11554-1146

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 04 2024
BROOKLYN OFFICE